Daniel L. Casas, Esq. (SBN 116528)
Martin H.Q. Nguyen, Esq. (SBN 234127)
CASAS RILEY & SIMONIAN, LLP
One First Street, Suite 2
Los Altos, CA 94022
(650) 948-7200
(650) 948-7220 FAX

Attorneys for Plaintiff
DAVID NANCE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID M. NANCE

Plaintiff(s),

v.

GEORGE SHENG, PEACE ELECTRONICS, INC.,

Defendant(s).

No. C 08-01450

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE
AND
REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 4/7/08

Signature _____

Counsel for PLAINTIFF
(Plaintiff, Defendant, or indicate "pro se")