1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

DAVID M. NANCE,                                    )
                                                   )     CASE  NO. C-08-1450  MEJ
                    Plaintiff (s)                  )
          v.                                       )     **NOTICE OF IMPENDING**
                                                   )     **REASSIGNMENT TO A**
                                                   )     **UNITED STATES**
GEORGE SHENG, PEACE                                )
ELECTRONICS, INC..                                 )     **DISTRICT COURT JUDGE**
                                                   )
                                                   )
                    Defendant (s)                  )
_____ )

        The Clerk of this Court will now randomly reassign this case to a United States District Judge

because either:

  _X_    (1)  One or more of the parties has requested reassignment to a United States District Judge, or

  _____    (2)  One or more of the parties has sought  a kind of judicial action (e.g., a temporary restraining

order) that a Magistrate Judge may not take without the consent of  all parties, the necessary consents

have not been secured, and time is of the essence.

  _____    (3)  One or more of the parties is without counsel and have not made the necessary consent to

proceed before a Magistrate Judge within 30 days.


        All previous hearing dates are hereby  **VACATED.**


 Dated: April 8, 2008

                                        _____
                                        Maria-Elena James
                                        United States Magistrate Judge


                                        _____
                                        By: Brenda Tolbert, Deputy Clerk

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28