IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID M. NANCE, | No. C 08-01450SI |
| Plaintiff, | **NOTICE** |
| v. | |
| GEORGE SHENG, ET AL, | |
| Defendant. | |

To All Parties:

YOU ARE HEREBY NOTIFIED THAT the initial case management conference has been scheduled to occur on Friday, July 25, 2008, at 2:00 p.m.

Dated: April 30, 2008

RICHARD W. WIEKING, Clerk



Tracy Sutton
Deputy Clerk

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID M. NANCE, | No. C 08-01450SI |
| Plaintiff, | **NOTICE** |
| v. | |
| GEORGE SHENG, ET AL, | |
| Defendant. | |

To All Parties:

YOU ARE HEREBY NOTIFIED THAT the initial case management conference has been scheduled to occur on Friday, July 25, 2008, at 2:00 p.m.

Dated: April 30, 2008

RICHARD W. WIEKING, Clerk



Tracy Sutton
Deputy Clerk