# United States District Court

NORTHERN DISTRICT OF CALIFORNIA

DAVID M. NANCE

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

V.

08 01450

GEORGE SHENG, PEACE ELECTRONICS, INC.

TO: (Name and address of defendant)

George Sheng
Peace Electronics, Inc.
326 Winnipeg Green
Fremont, CA 94538

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Daniel L. Casas, Esq.
Casas Riley & Simonian, LLP
One First Street, Suite 2
Los Altos, CA 94022

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE March ___, 2008

(BY) DEPUTY CLERK

AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on __05/22/2008__, by:

(1) personally delivering a copy of each to the individual at this place, _____; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with __C.J. Sheng-Wife__ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____; or

(4) returning the summons unexecuted to the court clerk on _____.

My fees are $ _____ for travel and $ __130.00__ for services, for a total of $ __130.00__.

Date: __05/23/2008__

_Server's signature_

Jason Butler, Reg. # 1012, Santa Clara Co.
Printed name and title

1117 Independence Ave. Mountain View, CA 94043
Server's address