1  EDWARD C. KWOK (SBN 144302)
   INCHAN A. KWON (SBN 247614)
2  MacPHERSON KWOK CHEN & HEID LLP
   2033 Gateway Place, Suite 400
3  San Jose, California 95110
   Phone: (408) 392-9250
4  Facsimile: (408) 392-9262
   Email: ekwok@macpherson-kwok.com
5         ikwon@macpherson-kwok.com

6  Attorneys for Defendants
   GEORGE SHENG and PEACE ELECTRONICS, INC.
7

8            UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10                SAN FRANCISCO DIVISION

11

12  DAVID M. NANCE,

            Plaintiff,                    Case No. 3:08-cv-01450-SI
13
    vs.                                   **JOINT STIPULATION FOR
14                                        EXTENSION OF TIME TO FILE
    GEORGE SHENG, and PEACE               DEFENDANTS' ANSWER**
15  ELECTRONICS, INC., and DOES 1-20,

16          Defendants.

17
18
19
20
21
22
23
24
25
26
27
28                                1

1  Pursuant to Northern District of California Civil Local Rules 6-1 and 6-2 and Federal Rule of Civil Procedure 12, IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for Plaintiff DAVID M. NANCE and Defendants GEORGE SHENG and PEACE ELECTRONICS, INC. that Defendants shall have up to and including July 11, 2008 to file Defendants' Answer and Counterclaim in the above-captioned action. This extension will not alter an event or deadline already set by the Court.

DATED: July 11, 2008        MacPHERSON KWOK CHEN & HEID LLP

                            By _____
                            Edward C. Kwok
                            Inchan A. Kwon
                            Attorneys for Defendants
                            GEORGE SHENG and PEACE
                            ELECTRONICS, INC.

DATED: July 11, 2008        CASAS RILEY & SIMONIAN LLP

                            By _____
                            Daniel L. Casas
                            Martin H. Q. Nguyen
                            Attorneys for Plaintiff
                            DAVID M. NANCE

I attest under penalty of perjury that concurrence in the filing of the above stipulation has been obtained from Martin H. Q. Nguyen, counsel for David M. Nance.

Dated: July 11, 2008

                            By _____
                            Edward C. Kwok
                            Inchan A. Kwon
                            Attorneys for Defendants
                            GEORGE SHENG and PEACE
                            ELECTRONICS, INC.