1  EDWARD C. KWOK (SBN 144302)
   INCHAN A. KWON (SBN 247614)
2  MacPHERSON KWOK CHEN & HEID LLP
   2033 Gateway Place, Suite 400
3  San Jose, California 95110
   Phone: (408) 392-9250
4  Facsimile: (408) 392-9262
   Email: ekwok@macpherson-kwok.com
5        ikwon@macpherson-kwok.com

6  Attorneys for Defendants
   GEORGE SHENG and PEACE ELECTRONICS, INC.
7

8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10               SAN FRANCISCO DIVISION

11

12  DAVID M. NANCE,                     Case No. 3:08-cv-01450-SI

13           Plaintiff,

14  vs.                                 **JOINT STIPULATION AND
                                        [PROPOSED] ORDER TO CONTINUE
                                        INITIAL CASE MANAGEMENT
15  GEORGE SHENG, and PEACE             CONFERENCE**
    ELECTRONICS, INC., and DOES 1-20,

16           Defendants.

17

18

19       Pursuant to Federal Rule of Civil Procedure 16(b), Northern District of California Local

20  Rules 6-2, 7-12 and 16-10, and the Court's April 30, 2008 Case Management Conference

21  Order, IT IS HEREBY STIPULATED AND AGREED by and between the undersigned

22  attorneys for Plaintiff DAVID M. NANCE and Defendants GEORGE SHENG and PEACE

23  ELECTRONICS, INC. that the Initial Case Management Conference in the above-captioned

24  action shall be continued and rescheduled for September 12, 2008. This constitutes an

25  extension of 49 days from the original July 25, 2008 date set by the Court in its April 30, 2008

26  Notice and Case Management Conference Order.

27       This extension is necessary due to scheduling issues on the part of both Plaintiff and

28                                      1

1  Defendants, the fact that Defendants only recently filed their Answer by joint stipulation on

2  Friday, July 11, 2008, and in order to facilitate the parties' efforts to reach a settlement in this

3  case. The parties have previously stipulated to an extension of time for Defendants to file their

4  Answer and Counterclaim. There have been no previous continuances of the Initial Case

5  Management Conference in this case.

6

7  DATED: July 16, 2008                    MacPHERSON KWOK CHEN & HEID LLP

8

9                                          By _____

10                                             Edward C. Kwok
                                               Inchan A. Kwon
11                                             Attorneys for Defendants
                                               GEORGE SHENG and PEACE
12                                             ELECTRONICS, INC.

13

14  DATED: July 15, 2008                    CASAS RILEY & SIMONIAN LLP

15

16                                          By _____

17                                             Daniel L. Casas
                                               Martin H. Q. Nguyen
18                                             Attorneys for Plaintiff
                                               DAVID M. NANCE

19

20          PURSUANT TO STIPULATION, IT IS SO ORDERED.

21

22

23  Dated: _____, 2008

24                                          _____
                                            Hon. Susan Illston
25                                          UNITED STATES DISTRICT JUDGE

26

27

28                                    2

JOINT STIPULATION AND [PROPOSED]
ORDER TO CONTINUE INITIAL
CASE MANAGEMENT CONFERENCE
CASE NO. 3:08-cv-01450-SI