1  EDWARD C. KWOK (SBN 144302)
   INCHAN A. KWON (SBN 247614)
2  MacPHERSON KWOK CHEN & HEID LLP
   2033 Gateway Place, Suite 400
3  San Jose, California 95110
   Phone: (408) 392-9250
4  Facsimile: (408) 392-9262
   Email: ekwok@macpherson-kwok.com
5         ikwon@macpherson-kwok.com

6  Attorneys for Defendants
   GEORGE SHENG and PEACE ELECTRONICS, INC.
7

8               UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10                   SAN FRANCISCO DIVISION

11

12 DAVID M. NANCE,                     Case No. 3:08-cv-01450-SI

13         Plaintiff,

14 vs.                                 JOINT STIPULATION AND
                                       [PROPOSED] ORDER TO CONTINUE
15 GEORGE SHENG, and PEACE             INITIAL CASE MANAGEMENT
   ELECTRONICS, INC., and DOES 1-20,  CONFERENCE

16         Defendants.

17

18

19      Pursuant to Federal Rule of Civil Procedure 16(b), Northern District of California Local

20 Rules 6-2, 7-12 and 16-10, and the Court's April 30, 2008 Case Management Conference

21 Order, IT IS HEREBY STIPULATED AND AGREED by and between the undersigned

22 attorneys for Plaintiff DAVID M. NANCE and Defendants GEORGE SHENG and PEACE

23 ELECTRONICS, INC. that the Initial Case Management Conference in the above-captioned

24 action shall be continued and rescheduled for September ~~12~~ 22, 2008. This constitutes an

25 extension of 49 days from the original July 25, 2008 date set by the Court in its April 30, 2008

26 Notice and Case Management Conference Order.

27      This extension is necessary due to scheduling issues on the part of both Plaintiff and

28                                      1
                                        JOINT STIPULATION AND [PROPOSED]
                                        ORDER TO CONTINUE INITIAL
                                        CASE MANAGEMENT CONFERENCE
                                        CASE NO. 3:08-cv-01450-SI

Defendants, the fact that Defendants only recently filed their Answer by joint stipulation on Friday, July 11, 2008, and in order to facilitate the parties' efforts to reach a settlement in this case. The parties have previously stipulated to an extension of time for Defendants to file their Answer and Counterclaim. There have been no previous continuances of the Initial Case Management Conference in this case.

DATED: July 16, 2008         MacPHERSON KWOK CHEN & HEID LLP

By _____
Edward C. Kwok
Inchan A. Kwon
Attorneys for Defendants
GEORGE SHENG and PEACE ELECTRONICS, INC.

DATED: July 15, 2008         CASAS RILEY & SIMONIAN LLP

By _____
Daniel L. Casas
Martin H. Q. Nguyen
Attorneys for Plaintiff
DAVID M. NANCE

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____, 2008

_____
Hon. Susan Illston
UNITED STATES DISTRICT JUDGE