DANIEL L. CASAS, Esq. (SBN 116528)
MARTIN H. Q. NGUYEN, Esq. (SBN 234127)
CASAS RILEY & SIMONIAN, LLP
One First Street, Suite 2
Los Altos, CA 94022
(650) 948-7200
(650) 948-7220 FAX
Email:  dcasas@legalteam.com
        mnguyen@legalteam.com

Attorneys for Plaintiff
DAVID NANCE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID M. NANCE,<br><br>        Plaintiff,<br><br>vs.<br><br>GEORGE SHENG, and PEACE ELECTRONICS, INC., and DOES 1-20,<br><br>        Defendants. | Case No. 3:08-cv-01450-SI<br><br>**STIPULATION TO FILE PLAINTIFF DAVID NANCE'S RESPONSIVE PLEADING TO DEFENDANTS' COUNTERCLAIM**<br><br>Trial Date:      Not Yet Set<br><br>Complaint Filed:   March 14, 2008 |

Pursuant to Northern District of California Civil Local Rules 6-1 and 6-2 and Federal Rule of Civil Procedure 12, IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for Plaintiff DAVID M. NANCE and Defendants GEORGE SHENG and PEACE ELECTRONICS, INC. that Plaintiff shall have up to and including August 18, 2008, to file Plaintiff's Responsive Pleading to Defendants' Counterclaim in the above-captioned action.

/ / /

/ / /

/ / /

/ / /

1

This extension will not alter an event or deadline already set by the Court.

DATED: July 31, 2008                MacPHERSON KWOK CHEN & HEID LLP


By _____/s/_____
Edward C. Kwok
Inchan A. Kwon
Attorneys for Defendants
GEORGE SHENG and PEACE
ELECTRONICS, INC.


DATED: July 31, 2008                CASAS RILEY & SIMONIAN LLP


By _____/s/_____
Martin H. Q. Nguyen
Daniel L. Casas
Attorneys for Plaintiff
DAVID M. NANCE


I attest under penalty of perjury that concurrence in the filing of the above stipulation has been obtained from Inchan A. Kwon, counsel for Defendants GEORGE SHENG and PEACE ELECTRONICS, INC.

Dated: July 31, 2008                By _____/s/_____
Martin H. Q. Nguyen
Daniel L. Casas
Attorneys for Plaintiff
DAVID M. NANCE