Daniel L. Casas, Esq. (SBN 116528)
Martin H.Q. Nguyen, Esq. (SBN 234127)
CASAS RILEY & SIMONIAN, LLP
One First Street, Suite 2
Los Altos, CA 94022
(650) 948-7200
(650) 948-7220 FAX

Attorneys for Plaintiff
DAVID NANCE

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| DAVID M. NANCE,<br><br>                     Plaintiff,<br><br>         v.<br><br>GEORGE SHENG, and PEACE ELECTRONICS, INC., and DOES 1-20,<br><br>                     Defendants. | Case No.: 3:08-CV-01450-SI<br><br>ANSWER OF DAVID M. NANCE TO COUNTERCLAIM FILED BY GEORGE SHENG AND PEACE ELECTRONICS, INC. |

Upon knowledge with respect to himself and his own acts and information and belief as to all other matters, Plaintiff/Counter-Defendant DAVID M. NANCE ("Nance") files this Answer to the Cross-Complaint filed on July 11, 2008 in the District Court of the Northern District of California (the "Counterclaim") by Defendants/Counterclaimants GEORGE SHENG and PEACE ELECTRONICS, INC., (collectively "Defendants") as follows:

**NANCE'S ANSWER TO THE ALLEGATIONS IN
DEFENDANTS COUNTERCLAIM**

1.  Answering Paragraph 20 of Defendants' Counterclaim, Nance admits

1  the allegations contained therein.  Except as so admitted, the allegations of this
2  paragraph are denied.
3      2.    Answering Paragraph 21 of Defendants' Counterclaim, Nance admits
4  the allegations contained therein.  Except as so admitted, the allegations of
5  this paragraph are denied.
6      3.    Answering Paragraph 22 of Defendants' Counterclaim, Nance admits
7  the allegations contained therein.  Except as so admitted, the allegations of
8  this paragraph are denied.
9      4.    Answering Paragraph 33 of the Counterclaim, Nance admits
10 Defendants incorporate by reference the preceding paragraphs 1-32.  To the
11 extent a response is required, Nance denies the allegations.
12     5.    Answering Paragraph 34 of the Counterclaim, Nance admits an
13 actual, substantial, and continuing justiciable controversy between Nance and
14 Defendants exists regarding infringement of the '478 patent.  Except as so
15 admitted, the allegations of this paragraph are denied.
16     6.    Answering Paragraph 35 of the Counterclaim, Nance denies the
17 allegations contained therein.
18     7.    Answering Paragraph 36 of the Counterclaim, Nance denies the
19 allegations contained therein.
20     8.    Answering Paragraph 37 of the Counterclaim, Nance denies the
21 allegations contained therein.
22     / / /
23     / / /
24     / / /
25     / / /
26     / / /
27
28

Casas Riley & Simonian, LLP
One First Street, Suite 2
Los Altos, CA 94022
(650) 948-7200

COMPLAINT FOR PATENT INFRINGEMENT
DEMAND FOR JURY TRIAL
2

9. The remaining allegations in the Counterclaim constitute a prayer for relief and therefore require no response. To the extent a response is required, Nance denies the allegations.

Dated: September 2, 2008

CASAS RILEY & SIMONIAN, LLP

By: _____/s/ Martin H. Q. Nguyen_____
Martin H.Q. Nguyen
Attorneys for Plaintiff
DAVID M. NANCE

## I.    DEMAND FOR TRIAL BY JURY

Nance hereby demands a trial by jury of all issues triable by a jury.

Dated: September 2, 2008

CASAS RILEY & SIMONIAN, LLP

By: _____/S/ Martin H. Q. Nguyen_____
Martin H.Q. Nguyen
Attorneys for Plaintiff
DAVID M. NANCE

Casas Riley & Simonian, LLP
One First Street, Suite 2
Los Altos, CA 94022
(650) 948-7200

COMPLAINT FOR PATENT INFRINGEMENT
DEMAND FOR JURY TRIAL
3