UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID M. NANCE,              )<br>                              )<br>        Plaintiff(s),    )<br>                              )<br>    v.                        )<br>                              )<br>GEORGE SHENG, et al.,     )<br>                              )<br>        Defendant(s).     )<br>                              )<br>_____) | No.  C 08-1450 SI (BZ)<br><br>**ORDER SCHEDULING TELEPHONIC CONFERENCE TO DEVISE A SETTLEMENT CONFERENCE SCHEDULE FOR PATENT CASE** |

This case has been assigned to me to conduct a settlement conference.  **IT IS HEREBY ORDERED** that a telephonic hearing is scheduled for **September 29, 2008 at 3:00 p.m.** to discuss the settlement process.  Counsel shall contact **CourtCall**, telephonic court appearances at **1-888-882-6878**, and make arrangements for the telephonic conference call.  In preparation for that conference, counsel shall familiarize themselves with my form of settlement conference order for patent cases which can be found on the court's website at **www.cand.uscourts.gov**.

Dated: September 25, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\REFS.08\NANCE\PATENTTEL CONF.ORD.wpd

1