DANIEL L. CASAS, Esq. (SBN 116528)
MARTIN H. Q. NGUYEN, Esq. (SBN 234127)
CASAS RILEY & SIMONIAN, LLP
One First Street, Suite 2
Los Altos, CA 94022
(650) 948-7200
(650) 948-7220 FAX
Email:   dcasas@legalteam.com
         mnguyen@legalteam.com

Attorneys for Plaintiff
DAVID NANCE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID M. NANCE,<br><br>              Plaintiff,<br><br>vs.<br><br>GEORGE SHENG, and PEACE ELECTRONICS, INC., and DOES 1-20,<br><br>              Defendants. | Case No. 3:08-cv-01450-SI<br><br>**STIPULATION AND [PROPOSED] ORDER FOR FILING OF PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>Trial Date:      July 27, 2009<br><br>Complaint Filed:    March 14, 2008 |

     IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for Plaintiff DAVID M. NANCE and Defendants GEORGE SHENG and PEACE ELECTRONICS, INC. that Plaintiff is permitted to file a First Amended Complaint in the above-captioned action. The Parties further stipulate that Defendants shall make their initial disclosures pursuant to Fed. R. Civ. P. 26 within 14 days of service of Defendants' Answer and Counterclaim to Plaintiff's First Amended

/ / /

/ / /

/ / /

/ / /

/ / /

Casas Riley & Simonian, LLP
One First Street, Suite 2
Los Altos, CA 94022
(650) 948-7200

Stipulation And [Proposed] Order For Filing of Plaintiff's First Amended Complaint
Case No. 3:08-cv-01450-SI
1

Complaint, rather than October 6, 2008 as stated in the parties' September 15, 2008 Joint Case Management Statement.

DATED: September 29, 2008  MacPHERSON KWOK CHEN & HEID LLP

By   /s/
    Edward C. Kwok
    Inchan A. Kwon
    Attorneys for Defendants
    GEORGE SHENG and PEACE ELECTRONICS, INC.

DATED: September 29, 2008  CASAS RILEY & SIMONIAN LLP

By   /s/
    Martin H. Q. Nguyen
    Daniel L. Casas
    Attorneys for Plaintiff
    DAVID M. NANCE

IT IS SO ORDERED.

Dated: _____  _____
    UNITED STATES DISTRICT COURT

I attest under penalty of perjury that concurrence in the filing of the above stipulation has been obtained from Inchan A. Kwon, counsel for Defendants GEORGE SHENG and PEACE ELECTRONICS, INC.

Dated: September 29, 2008

By   /s/
    Martin H. Q. Nguyen
    Daniel L. Casas
    Attorneys for Plaintiff
    DAVID M. NANCE

Casas Riley & Simonian, LLP
One First Street, Suite 2
Los Altos, CA 94022
(650) 948-7200

Stipulation And [Proposed] Order For Filing of Plaintiff's First Amended Complaint
Case No. 3:08-cv-01450-SI
2