UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID M. NANCE, ) | |
| ) | |
| ) | No. C08-1450 SI (BZ) |
| Plaintiff(s), ) | |
| ) | |
| v. ) | **SETTLEMENT CONFERENCE** |
| ) | **ORDER - PATENT CASE** |
| ) | |
| GEORGE SHENG, et al., ) | |
| ) | |
| Defendant(s). ) | |
| _____ ) | |

The above matter was referred to me for settlement purposes.

On September 29, 2008, I conducted a telephonic hearing at which both sides were represented by counsel. With the consent of the parties and good cause appearing, **IT IS HEREBY ORDERED** that no later than **November 10, 2008**, Mr. Nance and Mr. Sheng shall meet in person, preferably outside the presence of counsel, to discuss a resolution of this dispute. They shall meet at any location to which they agree, failing agreement, they shall meet in my jury room. The principals are urged to

1  explore a creative, business resolution of their dispute.  If
2  the case settles, the parties are to notify the Court
3  immediately.
4       Each party shall provide the other informally,
5  expeditiously and pursuant to Federal Rule of Evidence 408 with
6  all information reasonably needed to further the progress of
7  the settlement negotiations.  Confidential information may be
8  provided subject to a protective order.
9       If there is no settlement, it is **ORDERED** that a telephonic
10 conference is scheduled for **December 1, 2008 at 2:30 p.m.** to
11 discuss the status of the negotiations.  Counsel shall contact
12 **CourtCall**, telephonic court appearances at **1-888-882-6878**, and
13 make arrangements for the telephonic conference call. The
14 principals need not participate.
15      It is further **ORDERED** that a Settlement Conference is
16 scheduled for **Thursday, January 8, 2009 at 9:00 a.m.,** in
17 Courtroom G, 15th Floor, Federal Building, 450 Golden Gate
18 Avenue, San Francisco, California 94102. Counsel who will try
19 the case shall appear at the Settlement Conference with the
20 party principals who met earlier.  The negotiations will be
21 principally among the party principals in my presence.
22      Each party shall prepare a Settlement Conference
23 Statement, which must be served on opposing counsel and lodged
24 (not faxed) with my chambers no later than seven calendar days
25 prior to the conference.  The Statement shall **not** be filed with
26 the Clerk of the Court.  The Statement **may** be submitted on CD-
27 ROM with hypertext links to exhibits.  Otherwise, the portion
28 of exhibits on which the party relies **shall** be highlighted.

The Settlement Conference Statement shall not exceed ten pages of text and twenty pages of exhibits and shall include the following:

    1.    A brief statement of the facts of the case.

    2.    A brief statement of the claims and defenses including, but not limited to, statutory or other grounds upon which the claims are founded.

    3.    A summary of any related litigation.

    4.    A summary of the proceedings to date and any pending motions.

    5.    An estimate of the cost and time to be expended for further discovery, pretrial and trial.

    6.    The relief sought, including an itemization of damages.

    7.    The parties' position on settlement, including present demands and offers and a history of past settlement discussions. The Court's time can best be used to assist the parties in completing their negotiations, not in starting them. So there is no confusion about the parties' settlement position, plaintiff must serve a demand in writing no later than fourteen days before the conference and defendant must respond in writing no later than eight days before the conference. The parties are urged to carefully evaluate their case before taking a settlement position since extreme positions hinder the settlement process.

Along with the Statement each party shall lodge with the court a document of no more than three pages containing a **candid** evaluation of the parties' likelihood of prevailing on

1 | the claims and defenses, and any other information that party
2 | wishes not to share with opposing counsel.  The more candid the
3 | parties are, the more productive the conference will be.  This
4 | document shall not be served on opposing counsel.
5 |     It is not unusual for conferences to last three or more
6 | hours.  Parties are encouraged to participate and frankly
7 | discuss their case.  Statements they make during the conference
8 | will not be admissible at trial in the event the case does not
9 | settle.  The parties should be prepared to discuss such issues
10 | as:
11 |     1. Their settlement objectives.
12 |     2. Any impediments to settlement they perceive.
13 |     3. Whether they have enough information to discuss
14 | settlement.  If not, what additional information is needed.
15 |     4. The possibility of a creative resolution of the
16 | dispute.
17 |     The parties shall notify chambers immediately if this case
18 | settles prior to the date set for settlement conference.
19 | Counsel shall provide a copy of this order to each party who
20 | will participate in the conference.
21 | Dated: October 10, 2008
22 |                              _____
23 |                              Bernard Zimmerman
                                 United States Magistrate Judge

g:\bzall\-refs\patent2.sc          4