1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11   DAVID M. NANCE,                )
                                    )
12           Plaintiff(s),          )     No.  C 08-1450 SI (BZ)
                                    )
13       v.                         )     **ORDER CONTINUING**
                                    )     **SETTLEMENT CONFERENCE**
14   GEORGE SHENG, et al.,          )
                                    )
15                                  )
             Defendant(s).          )
16                                  )
     _____)

17

18       At the request of the plaintiff, and with the gracious

19   concurrence of the defendant, **IT IS HEREBY ORDERED** that the

20   settlement conference presently scheduled for January 8, 2009

21   is **<u>continued</u>** to **Thursday, January 15, 2009 at 9:00 a.m.**  The

22   Settlement Conference Order otherwise remains in full force

23   and effect.

24   Dated: December 2, 2008

25                               _____
                                       Bernard Zimmerman
26                               United States Magistrate Judge

27
     G:\BZALL\-REFS\REFS.08\NANCE\ORDER CONTINUING SET CONF.wpd
28

                                    1