UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID M. NANCE, | ) |
| Plaintiff(s), | ) No. C08-1450 SI (BZ) |
| v. | ) **ORDER RE OVERDUE PAPERS** |
| GEORGE SHENG, et al., | ) |
| Defendant(s). | ) |

TO: Plaintiff(s) and their attorney(s) of record:

On October 10, 2008, you were ordered to lodge a Settlement Conference Statement seven days prior to the conference, which is scheduled for January 15, 2009. Your statement was due January 8, 2009. It was not received by chambers.

It is hereby **ORDERED** that if a statement is not lodged by the noon, Monday, January 12, 2009, plaintiff(s) and their attorney(s) of record will be sanctioned $100 a day for each day's delay, beginning from the date it was originally due.

Dated: January 9, 2009

Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\REFS.09\NANCE LATE PAPERS.wpd

1